IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD KYLE REEVES, #255472, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN RENE MASON, *et al.*, ) <br> ) <br> Defendants. ) | CIV. ACT. NO. 2:13cv370-TMH <br> (WO) |

**OPINION and ORDER**

On November 13, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 31). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failures to prosecute this action properly and to comply with the orders of the court.

A separate order will issue.

Done this the 19th day of December 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE